Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  08-70450-HDH-13 |
| | § |
| Donald Eugene Elkins, Jr. | § |
| and | § JUDGE HARLIN D. HALE |
| Maryann Tolipas Elkins | § |
| | § HEARING DATE: 9/22/2010 |
| DEBTORS | § HEARING TIME: 10:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 9/22/2010, which is at least twenty-eight (28) days from the date of service hereof, at 10:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 222, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 08/03/2010, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Donald Eugene Elkins, Jr. | § | CASE NO. 08-70450-HDH-13 |
| and | § | |
| Maryann Tolipas Elkins | § | HEARING DATE: 9/22/2010 |
| DEBTOR(s) | § | HEARING TIME: 10:00 A.M. |

SECOND MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 08/03/2010

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed: 10/30/2008

2. Date of Section 341 Meeting: 11/25/2008

3. First Payment Date: 11/29/2008

4. Date of Confirmation: 12/18/2008

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval: 22

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 38

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 9/29/2010

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $18,083.25

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk: $16,910.25

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: NONE (paid ahead)

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

TRCC 7/10/2009; First Modification 2/19/2010

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

| | |
|---|---|
| __X__ | INCREASE/DECREASE monthly payment from $782.00 per month to $1,024.00 per month (must coincide with resume date shown in item 9 above) |
| _____ | Extend months from _____ months to _____ months (not to exceed 60 calendar months from month of First Payment Date) |
| _____ | Add balloon payment of in month (indicate how the balloon payment will be made) |

All modifications that include a balloon payment will require testimony.

Any arrears indicated in item 8 above shall be cured by the following method: N/A

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $1,024.00 will resume on or before 9/29/2010 for 38 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $47,408.25 to $56,604.25

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                    $17,692.25

2. (+)Plus Total Payments to be made
through the Remainder of Plan:               $38,912.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                       $56,604.25

IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

X  The unsecured creditor pool remains $0.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| A | S-Onewest Bank | Post-petition Mortgage Arrears | $8,270.69 | $217.65 per month for 38 months |

VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s): Per Agreed Order entered with the Court on 8/2/2010.

VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on 08/05/2010, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 08-70450-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Tue Aug  3 10:47:22 CDT 2010 | Fidelity Bank, NA<br>2525 Kell Blvd. Suite 100<br>Wichita Falls, TX 76308-1043 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 |
| 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | BURKBURNETT INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Bank Of America<br>PO Box 660687<br>Dallas, TX 75266-0687 |
| Bank of America<br>PO Box 1390<br>Norfolk, VA 23501-1390 | Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Bank of America<br>PO Box 22033<br>Greensboro, NC 27420-2033 |
| Bank of America, N.A.<br>P. O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091-5155 | Cach LLC-Fleet Bank<br>Attention:  Bankruptcy Department<br>4340 South Monaco St.  2nd Floor<br>Denver, CO 80237-3408 |
| Capital One Bank<br>Attn: CO TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091-5155 | Citi<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | Citi Mortgage Inc<br>Attention:  Bankruptcy Department<br>PO Box 79022, MS322<br>St. Louis, MO 63179 |
| CitiMortgage, Inc.<br>P O Box 6941<br>The Lakes, NV 88901-6006 | City of WF, WFISD, Wichita County<br>CO Perdue Brandon Fielder Collins & Mott<br>P.O. Box 8188<br>Wichita Falls, Texas 76307-8188 | Credit Collection Inc<br>2915 N Classen Blvd<br>Oklahoma City, OK 73106-5400 |
| Discover Bank/DFS Services LLC<br>POB 3025<br>New Albany Ohio 43054-3025 | Discover Financial<br>Attention:  Bankruptcy Department<br>PO Box 3025<br>New Albany, OH 43054-3025 | Fidelity Bank<br>2525 Kell Blvd Ste 100<br>Wichita Falls, TX 76308-1043 |
| IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75242-1001 | IndyMac Federal Bank, F.S.B.<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009-9559 | Indymac Bank<br>7700 W Parmer Ln<br>Bldg D 2nd Floor<br>Austin, TX 78729-8101 |
| LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Linebarger Goggan<br>Blair & Sampson, LLP<br>P.O. Box 17307<br>Austin, Texas 78760-7307 | Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 |
| NCO Financial-Sams Club<br>PO Box 61247, Dept 64<br>Virginia Beach, VA 23466 | P & B Capital Group, LLC-BofA<br>PO Box 25197<br>Tampa, FL 33622-5197 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Fleet Bank<br>POB 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Sams Club-GE Money Bank<br>Attention: Bankruptcy Department<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| Scott Lowery Law Office, PC-CACH<br>1422 E 71st Suite B<br>Tulsa, OK 74136-5060 | South Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Union Square<br>Po Box 6050<br>Sheppard Afb, TX 76311-0050 |
| Verizon<br>Customer Service Department<br>PO Box 105378<br>Atlanta, GA 30348-5378 | WELLS FARGO FINANCIAL TEXAS, INC.<br>ATTN: MAC F6582-034<br>PO BOX 500<br>CHESTER, PA 19016-0500 | WICHITA FALLS CITY, ISD & WICHITA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 |
| Wells Fargo Financial<br>2501 Seaport Dr Ste Bh30<br>Chester, PA 19013-2249 | Donald Eugene Elkins Jr.<br>2308 Antigua<br>Wichita Falls, TX 76308-4952 | Maryann Tolipas Elkins<br>2308 Antigua<br>Wichita Falls, TX 76308-4952 |
| Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Wichita Falls, TX 76301-5009 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Indymac Federal Bank, F.S.B. | (u)OneWest Bank, FSB | End of Label Matrix<br>Mailable recipients   44<br>Bypassed recipients    2<br>Total                 46 |