**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **DONALD EUGENE ELKINS JR** | **CASE NO: 08-70450** |
| **MARYANN TOLIPAS ELKINS** | **HEARING DATE: 02-16-2011** |
| | **HEARING TIME: 11:00am** |

**A/K/A:** A/K/A 2:
**D/B/A:** TEMPCO HEATING AIR CONDITIONING AND REFRIGERATION    **D/B/A 2:**

**NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION**

**NOTICE OF HEARING**

On 02-16-2011, which is at least twenty-eight (28) days from the date of service hereof, at 11:00am a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

| **FOR LIVE COURT** | **FOR VIDEO COURT** |
|---|---|
| **US COURTHOUSE ROOM 222** | **US COURTHOUSE ROOM 208** |
| **10TH & LAMAR STREETS** | **10TH & LAMAR STREETS** |
| **WICHITA FALLS, TEXAS 763011234** | **WICHITA FALLS, TEXAS 763011234** |

Creditors are not required to attend unless they have objections to the Modification.

**NOTICE OF PRE-HEARING CONFERENCE**

A **PRE-HEARING CONFERENCE** will be held at the same location listed above at 8:30am Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated *1/13/2011*, **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An **"Objection to Modification"** should be filed with the Bankruptcy Court at the following address:

**CLERK OF THE BANKRUPTCY CT**
**1100 COMMERCE 1254**
**DALLAS, TEXAS 752420000**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

|  |  |  |
|---|---|---|
|  | * |  |
|  | * | CHAPTER 13 |
| IN RE: DONALD EUGENE ELKINS JR & | * | CASE NO: 08-70566-HDH-13 |
| MARYANN TOLIPAS ELKINS | * | HEARING DATE: 2-16-2011 |
|  | * | HEARING TIME: 11:00 A.M. |
| DEBTOR(S) |  |  |

**TRUSTEE'S  MODIFICATION OF MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION**

**DATE:1-13-2011**

Pursuant to 11 U.S.C. 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

**HISTORY OF THE CASE**

1. Date Case Filed: 10/30/2008
2. Date of Section 341 Meeting: 11/25/2008
3. First Payment Date: 11/29/2008
4. Date of Confirmation:  12/18/2008
5. Total Plan Term Prior to this Modification: 60
6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval: 27
7. Remaining Plan Term (subtract item 6 from the lessor of item 5 or 60 months): 33
8. Amount of Arrears through the month prior to the date the Modification is filed:$0.00
9. Date Plan Payments are to Resume: 2-29-2011 (This must be the same month that the Modification is set for approval by the Court)
10. Total Payments **Paid** to the Trustee through the month prior to the date the Modification is filed with the clerk: $22,989.25
11. Total Payments **Due** to the Trustee through the month prior to the date the Modification is filed with the clerk:$22,812.25
12. Total Payments **Due** to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $0.00
13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: Order Approving Modified Plan entered 1-7-2011

II.

## MODIFICATION REQUESTED

(check 1 or more of the following 4 choices)

__X_ Plan payments remain at $1,024.00 per month.
____ **INCREASE/DECREASE** monthly payment from $_____ per month to $_____ per month (must coincide with resume date shown in item 9 above)
____ Extend months from _____ months to _____ months (Not to Exceed 60 Calendar Months from Month of First Payment Date)
__X_ Add balloon payment of $144.38 in 28th month (indicate how the balloon payment will be made) Trustee received payment from receivership estate

Any arrears indicated in item 8 above shall be cured by the following method:_____

### III.
### RESUMPTION OF PAYMENTS TO THE TRUSTEE
(all information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $1,024.00 will resume on or before 2-29-2011 (item 9 above) for 35 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $56,604.25 to $56,748.63
**If the base amount has changed complete the following:**
    Total Paid in as of the month prior to Modification Approval:  $ 22,956.63
    (+) Plus Total Payments to be made through the Remainder
      of the plan (making up any arrears in item 8 above):    $ 33,792.00
    (=)New Base Amount    $ 56,748.63

### IV.
### TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

__X__ The unsecured creditor pool remains $0.00.

### V.
### SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

**ADD/DELETE/SURRENDER/CHANGE** the following Secured, Priority or Special Class Unsecured Creditor(s):
**CODE; A = ADD; D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT =CHANGE TO**

Monthly

Notice of Hearing, Pre-Hearing Conference and Attached
Modification of Plan after Confirmation-Revised 10/29/2004
Page 2 of 4

| Code | Name | Class | Amount | Collateral | Value | Int. | Payment Surrender Direct |
|------|------|-------|--------|------------|-------|------|--------------------------|
| ____ | _____ | _____ | _____ | _____ | _____ | ____ | _____ |

or

__X__ Check here if no changes are to be made to creditors

**Note: Changes to any creditors above shall not be effective until the Modification is Approved.**

## VI.
## ATTORNEY'S FEES

__X___ Check here if no additional attorney fee has been added for this Modification of Plan after Confirmation.

## VII.
## REASON FOR MODIFICATION

This Modification is requested for the following reason(s):

Trustee received funds of $144.38 from a receivership estate.  These funds are non exempt property to be applied to the case for the benefit of unsecured creditors.

## VIII.
## BUDGET INFORMATION

**At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.**

Dated:1-13-2011

                                                                         Respectfully submitted,

                                                                        /s/ Walter O'Cheskey
                                                                        TRUSTEE

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola
Lubbock, TX  79424
202-II

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DIVISION OF TEXAS
WICHITA FALLS DIVISION

IN RE:

DONALD EUGENE ELKINS JR & MARYANN TOLIPAS ELKINS

CASE NO:  08-70450-HDH-13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was sent via First Class Mail to the below listed parties at the addresses supplied as follows.

| Name & Address | Name & Address |
|---|---|
| DONALD EUGENE ELKINS JR<br>2308 ANTIGUA<br><br>WICHITA FALLS,TX 76308 | MARYANN TOLIPAS ELKINS<br><br><br>- |
| WICHITA COUNTY<br>PO BOX 1471<br><br>WICHITA FALLS,TX 76307-1471 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES<br>1100 COMMERCE ST MC 5027DAL<br>DALLAS,TX 75242- |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | UNION SQUARE FEDERAL C/U<br>PO BOX 6050<br><br>SHEPPARD AFB,TX 76311-0000 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br><br>PHILADELPHIA,PA 19101-7346 | WALTER O'CHESKEY TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424-0000 |
| OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- | BURKBURNETT ISD<br>PO BOX 608<br><br>BURKBURNETT,TX 76354-0000 |
| MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 |
| UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 | UNION SQUARE FEDERAL C/U<br>1401 HOLLIDAY<br><br>WICHITA FALLS,TX 76301-0000 |
| BANK OF AMERICA<br>BANKRUPTCY DEPARTMENT<br>PO BOX 26012<br>GREENSBORO,NC 27420-6012 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 |
| US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | BANK OF AMERICA<br>NC4-105-03-14<br>PO BOX 26012<br>GREENSBORO,NC 27420-0000 |
| INDYMAC BANK<br>6900 BEATRICE DRIVE<br><br>KALAMAZOO,MI 49009-0000 | HANK RUGELEY, ESQUIRE<br>DAVISON RUGELEY LLP<br>900 EIGHTH STREET SUITE 1102<br>WICHITA FALLS,TX 76301- |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE STE 1120<br><br>MIAMI,FL 33131- | NCO FINANCIAL SYSTEMS<br>PO BOX 61247, DEPT 64<br><br>VIRGINIA BEACH,VA 23466- |

CASE NO: 08-70450-HDH-13

## CERTIFICATE OF SERVICE

| | |
|---|---|
| CREDIT COLLECTIONS<br>2915 N CLASSEN BLVD<br><br>OKLAHOMA CITY,OK 73106- | VERIZON WIRELESS<br>PO BOX 3397<br><br>BLOOMINGTON,IL 61702- |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br><br>NORFOLK,VA 23541- | VERIZON WIRELESS<br>PO BOX 105378<br><br>ATLANTA,GA 30348- |
| SCOTT LOWERY LAW OFFICE<br>1422 EAST 71ST ST STE B<br><br>TULSA,OK 74136- | FIDELITY BANK<br>2525 KELL BLVD STE 100<br><br>WICHITA FALLS,TX 76308- |
| CITI MORTGAGE<br>PO BOX 689196<br><br>DES MOINES,IA 50368-9196 | SAMS CLUB<br>C/O GE MONEY BANK<br>PO BOX 103104<br>ROSWELL,GA 30076- |
| BANK OF AMERICA<br>PO BOX 660687<br><br>DALLAS,TX 75266-0687 | DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br><br>NEW ALBANY,OH 43054- |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br><br>NORFOLK,VA 23541- | BANK OF AMERICA<br>PO BOX 15026<br><br>WILMINGTON,DE 19850- |
| ROUNDUP FUNDING LLC<br>PO BOX 91121<br>MS 550<br>SEATTLE,WA 98111-9221 | WELLS FARGO FINANCE<br>2501 SEAPORT DRIVE SUITE BH30<br><br>CHESTER,PA 19013- |
| WELLS FARGO AUTO FINANCE<br>PO BOX 500<br>MAC F 6582034<br>CHESTER,PA 19013- | CITY OF WICHITA FALLS, WF ISD AND COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS,TX 76307-8188 |
| LINEBARGER GOGGAN ET AL<br>PO BOX 17307<br><br>AUSTIN,TX 78760- | CACH<br>4340 S MONACO ST, 2ND FLOOR<br><br>DENVER,CO 80237- |
| CITI MORTGAGE INC<br>PO BOX 79022 MS 322<br><br>ST LOUIS,MO 63179- | CITI<br>ATTN   CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195- |
| BARRETT DAFFIN FRAPPIER TURNER<br>& ENGEL LLP<br>1900 ST JAMES PLACE SUITE 500<br>HOUSTON,TX 77056- | INDYMAC BANK<br>7700 W PARMER LN<br>BLDG D 2ND FLOOR<br>AUSTIN,TX 78729- |
| BANK OF AMERICA<br>PO BOX 22033<br><br>GREENSBORO,NC 27420- | P & B CAPITAL GROUP<br>PO BOX 25197<br><br>TAMPA,FL 33622- |
| PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- |

CASE NO: 08-70450-HDH-13

## CERTIFICATE OF SERVICE

CAPITAL ONE
6125 LAKEVIEW ROAD, STE 800

CHARLOTTE,NC 28269-

Dated:  01/13/2011

/s/ Walter O'Cheskey
Chapter 13 Trustee
By:  Kathleen